This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41428**

**CITIMORTGAGE, INC,**

      Plaintiff-Appellee,

v.

**JOHN DAVID GARFIELD,**

      Defendant-Appellant,

and

**JANE DOE GARFIELD, SALLY
G. GARFIELD, and JOHN DOE A.,**

      Defendants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY
Matthew J. Wilson, District Court Judge**

Aldridge Pite LLP
David Wertz
Albuquerque, NM

for Appellee

John David Garfield
Santa Fe, NM

Pro Se Appellant

## MEMORANDUM OPINION

**HANISEE, Judge.**

**{1}**      Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}      IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Chief Judge**

**KATHERINE A. WRAY, Judge**